UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT R. SALAZAR and MIRIAM GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 17 cv 3645(GBD) <br><br> **DECLARATION OF GARY A. BARBANEL** |

Gary A. Barbanel, declares as follows pursuant to 28 U.S.C. 1746:

1. I am the Plaintiff's attorney in the above matter and I submit this declaration in support of Plaintiff's motion to Amend the Complaint.

2. Attached hereto as Exhibit A is a true and complete copy of the Certificate of Appointment of Executor, dated January 9. 2019, issuing Letters Testamentary to Miriam Gonzalez, as Executrix of the Estate of Robert R. Salazar, deceased.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
January ___ 2019

GARY A. BARBANEL, ESQ. (GB1340)
Attorney for Plaintiffs
270 Madison Avenue, Ste. 1203
New York, New York 10016
(212) 685-5391

1

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 270022

# Surrogate's Court of the State of New York
## Queens County
### Certificate of Appointment of Executor

File #: 2018-5097

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Robert R Salazar
aka Robert Ramon Salazar

**Date of Death:** August 28, 2018

**Domicile:** Queens County

**Fiduciary Appointed:** Miriam Gonzalez
**Mailing Address:** 474 48th Avenue
Apartment 23C
Long Island City NY 11109-5607

**Type of Letters Issued:** LETTERS TESTAMENTARY

**Letters Issued On:** December 19, 2018

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: January 9, 2019**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Queens County Surrogate's Court at Jamaica, New York.

WITNESS, Hon. Peter J Kelly, Judge of the Queens County Surrogate's Court.

*[signature]*

James Lim Becker, Chief Clerk
Queens County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Queens County Surrogate's Court*

Certificate# 270022

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows

File #: 2018-5097
Date of Death: **August 28, 2018**

Name of Decedent: **Robert R Salazar**
AKA **Robert Ramon Salazar**

Domicile of Decedent: **Queens County**

Fiduciary Appointed:
Mailing Address

**Miriam Gonzalez**
474 48th Avenue
Apartment 23C
Long Island City NY 11109-5607

Letters Issued: **LETTERS TESTAMENTARY**

Limitations: **NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: **December 19, 2018**

IN TESTIMONY WHEREOF, the seal of the Queens County Surrogate's Court has been affixed.

WITNESS, Hon Peter J Kelly, Judge of the Queens County Surrogate's Court.

James Lim Becker, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Queens County Surrogate's Court*

Attorney:
Peter Wessel
Law Office Of Peter Wesel PLLC
270 Madison Avenue Suite 1203
New York NY 10016