USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 2 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROBERT R. SALAZAR and MIRIAM GONZALEZ,

           Plaintiffs,

-against-

UNITED STATES OF AMERICA,

           Defendant.

------------------------------------- x

ORDER

17 Civ. 3645 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' motion for leave to amend the complaint to substitute Miriam Gonzalez in the caption of the case as executrix of Salazar's estate and add a claim for wrongful death damages, (ECF No. 70), is GRANTED.

Dated: New York, New York
       February 12, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge