**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRIAM GONZALEZ,

                            Plaintiff,              17 **CIVIL** 3645 (GBD) (OTW)

                -against-                       **JUDGMENT**

UNITED STATES OF AMERICA,
                          Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 31, 2020, Judgment is entered in favor of Plaintiff and against the Government; Plaintiff is awarded $850,000 for Salazar's pain and suffering, $55,000 for loss of services, $50,000 for loss of consortium, $10,000 for medical expenses, and $10,233.75 for funeral expenses, for damages in the total amount of $975,233.75

**Dated:** New York, New York
            March 31, 2020

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                  Clerk of Court
                                 **BY:**
                                                                   _____
                                                                  **Deputy Clerk**